JOHN J. TALTON, CHAPTER 13 TRUSTEE Check #.: **1102476**
Payee: Clerk of the Court Date: 1/12/2015

Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1110582 | 00002 | TERRY J. ARDOIN & JACQUELINE D. ARDOIN<br>Original Check written to:<br>DAYLIGHT MOTORS<br>6140 EASTEX FREEWAY<br>BEAUMONT, TX,   77708 | 3645 | 0.00 | 529.87 | 15.32 | 545.19 |
| | | | **TOTALS** | 0.00 | 529.87 | 15.32 | 545.19 |