**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court
Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

Check #.: **1102504**
Date: 11/24/2015

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1110582 | 00031 | TERRY J. ARDOIN & JACQUELINE D. ARDOIN<br>Original Check written to:<br>TARPON HUNTERS, LLC<br>3432 GREYSTONE DR., SUITE 100<br>AUSTIN, TX,  78731 | | 0.00 | 1,178.75 | 162.80 | 1,341.55 |
| | | | TOTALS | 0.00 | 1,178.75 | 162.80 | 1,341.55 |